IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ALLAN LESLIE SINANAN, JR.,    )<br>Plaintiff,    )<br>)<br>v.    )<br>)<br>CORRECTIONS OFFICER QUINN,    )<br>et al.,    )<br>Defendants.    ) | C.A. No. 24-192 Erie<br><br>District Judge Susan Paradise Baxter<br>Magistrate Judge Patricia L. Dodge |

## MEMORANDUM ORDER

Plaintiff, an inmate incarcerated at the State Correctional Institution at Albion, Pennsylvania ("SCI-Albion") brings this *pro se* civil rights action pursuant to 42 U.S.C. § 1983 against Defendants SCI-Albion and Corrections Officer Quinn. Plaintiff's complaint alleges that Plaintiff was attacked by six inmates at SCI-Albion on September 28, 2022, and that the attack was facilitated by Defendant Quinn in violation of Plaintiff's rights under the eighth amendment to the United States Constitution. The case was originally assigned to Chief United States Magistrate Judge Richard A. Lanzillo, but was subsequently reassigned to United States Magistrate Judge Patricia L. Dodge as presiding judge.

On February 21, 2025, Plaintiff filed a motion for injunction relief [ECF No. 24], alleging that, in retaliation for filing this lawsuit, he was attacked and stabbed by several inmates and his writing hand was broken. Plaintiff alleges further that three boxes of legal materials were confiscated by prison officials, which has prevented him from meeting court deadlines in this case and three other pending cases. As relief, Plaintiff seeks an order that will "rectify these two civil rights violations that are going on unchecked." (Id. at p. 5).

1

On March 28, 2025, this case was reassigned to the undersigned as presiding judge and was referred to Magistrate Judge Dodge for all pretrial matters. On the same date, Judge Dodge issued a Magistrate Judge's Report and Recommendation ("R&R") recommending that Plaintiff's motion for injunction relief be denied because he has failed to demonstrate either a substantial likelihood of success or irreparable harm. [ECF No. 27]. Timely objections to the R&R were due to be filed by April 28, 2025; however, no objections have been received by the Court.

After *de novo* review of Plaintiff's motion and other documents in the case, together with the report and recommendation, the following order is entered:

AND NOW, this 16th day of May, 2025;

IT IS HEREBY ORDERED that Plaintiff's motion for injunction relief [ECF No. 24] is DENIED. The report and recommendation of Magistrate Judge Dodge, issued March 28, 2025 [ECF No. 27], is adopted as the opinion of the court.

SUSAN PARADISE BAXTER
United States District Judge

cc:   The Honorable Patricia L. Dodge
      United States Magistrate Judge