IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ALLAN LESLIE SINANAN, JR., <br>           Plaintiff, <br><br> v. <br><br> ERIC ARMEL, et al., <br>           Defendants. | C.A. No. 24-192 Erie <br><br> District Judge Susan Paradise Baxter <br> Magistrate Judge Patricia L. Dodge |

## MEMORANDUM ORDER

Plaintiff Allan Leslie Sinanan, Jr., an inmate incarcerated at the State Correctional Institution at Albion, Pennsylvania ("SCI-Albion"), commenced this *pro se* civil rights action pursuant to 42 U.S.C. § 1983 against Defendants SCI-Albion and Corrections Officer Quinn. Plaintiff alleges that he was attacked by six inmates at SCI-Albion on September 28, 2022, and that Defendant Quinn facilitated the attack in violation of Plaintiff's rights under the eighth amendment to the United States Constitution. This matter was referred to United States Magistrate Judge Patricia L. Dodge for report and recommendation in accordance with the Magistrates Act, 28 U.S.C. § 636(b)(1), and Rules 72.1.3 and 72.1.4 of the Local Rules for Magistrates.

On December 23, 2024, Defendants filed a partial motion to dismiss [ECF No. 16], seeking dismissal of all claims asserted against SCI-Albion and all official capacity claims against Defendant Quinn based on Eleventh Amendment immunity. After Defendants' motion was fully briefed by the parties, Judge Dodge issued a Report and Recommendation ("R&R), dated June 4, 2025 [ECF No. 31], recommending that Defendants' motion be granted, and that all claims against SCI-Albion and all official capacity claims against Defendant Quinn be

dismissed. Objections to the R&R were due to be filed by June 18, 2025; however, no timely objections have been received by the Court.

Thus, after *de novo* review of the relevant documents in this case, together with the report and recommendation, the following order is entered:

AND NOW, this 1st day of July, 2025;

IT IS HEREBY ORDERED that Defendants' partial motion to dismiss [ECF No. 16] is GRANTED, and all claims against Defendant SCI-Albion and all official capacity claims against Defendant Quinn are DISMISSED, with prejudice, based on Eleventh Amendment immunity. The report and recommendation of Magistrate Judge Dodge, issued June 4, 2025 [ECF No. 31], is adopted as the opinion of the court.

Based on the foregoing, the Clerk is directed to terminate Defendant SCI-Albion from this case.

SUSAN PARADISE BAXTER
United States District Judge

cc:     The Honorable Patricia L. Dodge
        United States Magistrate Judge